United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMEH CHAMI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-2241 |
| | § | |
| MARTIN FRINK, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On March 14, 2026, Sameh Chami ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.[1]  On March 23, 2026, the court entered an order (Docket Entry No. 4) stating:

> Unless Petitioner can distinguish his case from the decisions of this court cited above within 10 days from the entry of this order, the court will deny Petitioner's Petition for Writ of Habeas Corpus (Docket Entry No. 1) and will dismiss this action.

As of May 13, 2026, Petitioner has not filed a response.  He has therefore failed to distinguish his case from the decisions of this court within 10 days of the court entering Docket Entry No. 4.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Docket Entry No. 1) is **DENIED**, and a final

---

[1]Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Docket Entry No. 1, p. 8.

judgment will be entered dismissing the action with prejudice.

**SIGNED** at Houston, Texas, on this 13th day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE