United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMEH CHAMI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-2241 |
| | § | |
| MARTIN FRINK, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

In accordance with the court's Order denying Petitioner's Petition for Habeas Corpus, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 13th day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE